IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MAE GRAY, INDIVIDUALLY AND FOR
AND ON BEHALF OF THE WRONGFUL
DEATH BENEFICIARIES OF ANNIE PICKENS            PLAINTIFFS

VERSUS                          CIVIL ACTION NUMBER: 3:05-CV-127-PA

MARINER HEALTH CENTRAL, INC.,
MARINER HEALTH CARE MANAGEMENT
COMPANY, NATIONAL HERITAGE REALTY,
INC., D/B/A HOLLY SPRINGS HEALTH AND
REHABILITATION CENTER AND/OR
TRINITY MISSION HEALTH AND REHAB OF
HOLLY SPRINGS, LLC, JOHN DOES 1-10 AND
JANE DOES 1-10                                  DEFENDANTS

## ORDER SEALING ACCESS TO CERTAIN EXHIBITS

**THIS CAUSE** this date came on motion of defendants, Mariner Health Care, Inc., Mariner Health Care Management Company, and National Heritage Realty, Inc., for an order sealing access to Exhibit "B" attached to defendants' Motion for Summary Judgment. This exhibit contains nursing home facility records. The court having considered said motion and being advised in the premises finds that it is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that access to Exhibit "B" of defendants' Motion for Summary Judgment shall be sealed.

**SO ORDERED** this the 6th day of December, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE

**PRESENTED BY:**
David M. Eaton, Esquire (MSB 100219)
WILKINS, STEPHENS & TIPTON, P. A.
One LeFleur's Square, Suite 108
4735 Old Canton Road
Jackson, Mississippi 39211
Post Office Box 13429
Jackson, MS 39236-3429
601-366-4343 Phone
601-981-7608 Fax